UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANIEL WARMUS,

                Plaintiff,                Civ. No.:

v.

TOWN OF HAMBURG,
VILLAGE OF BLASDELL,
HAMBURG POLICE OFFICER KEVIN SULLIVAN,
HAMBURG POLICE OFFICER TAYLOR,
BLASDELL POLICE OFFICER S. MIKAC,

                Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446, defendants Village of Blasdell and Blasdell Police Officer S. Mikac, hereby remove the action pending in the State of New York, County of Erie, entitled Daniel Warmus v. Town of Hamburg, Village of Blasdell, Hamburg Police Officer Kevin Sullivan, Hamburg Police Officer Taylor, and Blasdell Police Officer S. Mikac, to the United States District Court, Western District of New York, and that this Notice of Removal, together with a copy of all process, pleadings, and orders, have been filed in the Office of the United States District Court for the Western District of New York.

The grounds for removal are as follows:

1. On or about July 1, 2023, plaintiff commenced an action against Village of Blasdell, and Blasdell Police Officer S. Mikac in the State of New York, County of Erie, index number 808160/2023, with the above caption, by the filing of a Summons and Complaint (Exhibit A). The Summons and Complaint was served by personally delivering the Summons and Complaint to a person of suitable age and discretion on or

about July 27, 2023. Less than thirty (30) days have passed since service was completed on Village of Blasdell, and Blasdell Police Officer S. Mikac.

2. Plaintiff's Summons and Complaint alleges that Defendants violated Plaintiff's civil rights and therefore brings a claim pursuant to 42 U.S.C. § 1983.

3. As this is a civil action arising under the Constitution, laws or treaties of the United States, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4. This court has supplemental jurisdiction over the claims asserted pursuant to 28 U.S.C. § 1367, because those claims form part of the same case or controversy as Plaintiff's claim under 42 U.S.C. § 1983.

5. This action is removable to this Court pursuant to 28 U.S.C. § 1441.

6. Pursuant to 28 U.S.C. § 1446, not more than thirty (30) days have elapsed since service of Plaintiff's Summons and Complaint was completed on the Defendants. Written notice of the filing of this notice of removal, along with all attachments hereto, has been provided to Plaintiff's counsel. The written notice of filing and a copy of this notice of removal will be filed with the Clerk of the Supreme Court of the County of Erie contemporaneously with the filing in this Court.

7. Counsel for Defendants Town of Hamburg, Hamburg Police Officer Kevin Sullivan, and Hamburg Police Officer Taylor consent to this removal and will file a timely notice of consent with the Court.

**WHEREFORE,** the Defendants Village of Blasdell, and Blasdell Police Officer S. Mikac request that the action now pending against them in the State of New York, County of Erie, be removed to this Court.

DATED:   August 7, 2023

**WEBSTER SZANYI LLP**
Attorneys for Defendants
Village of Blasdell, Blasdell Police Officer S. Mikac

By:   */s Shannon B. Vandermeer*
   Shannon B. Vandermeer
424 Main Street, Suite 1400
Buffalo, New York 14202
(716) 842-2800
svandermeer@websterszanyi.com

TO:   **PENBERTHY LAW GROUP LLP**
   Brittany L. Penberthy, Esq.
    Attorneys for Plaintiff
   227 Niagara Street
   Buffalo, New York 14201
   (716) 803-8402

   **ALISA LUKASIEWICZ PLLC**
   Alisa Lukasiewicz, Esq.
    Attorneys for Defendants
    Town of Hamburg, Hamburg
    Police Officer Kevin Sullivan
    and Hamburg Police Officer Taylor
   1207 Delaware Avenue, Suite 468
   Buffalo, New York 14209
   (716) 332-6121

# INDEX OF DOCUMENTS FILED WITH STATE COURT

| | |
|---|---|
| Exhibit A | Summons and Complaint<br>Filed July 4, 2023 with the Erie County Clerk |
| Exhibit B | Affidavit of Service of Summons and Complaint on the Town of Hamburg<br>Filed August 2, 2023 with the Erie County Clerk |
| Exhibit C | Affidavit of Service of Summons and Complaint on the Village of Blasdell<br>Filed August 2, 2023 with the Erie County Clerk |
| Exhibit D | Affidavit of Service of Summons and Complaint on Kevin Sullivan, Hamburg Police Officer<br>Filed August 2, 2023 with the Erie County Clerk |
| Exhibit E | Affidavit of Service of Summons and Complaint on Officer Taylor, Hamburg Police Officer<br>Filed August 2, 2023 with the Erie County Clerk |
| Exhibit F | Affidavit of Service of Summons and Complaint on S. Mikac, Blasdell Police Officer<br>Filed August 2, 2023 with the Erie County Clerk |